McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 01: 04-CR-5371 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING and ORDER |
| v. | ) | |
| WINZELL ODOM, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STANLEY A. BOONE, Assistant United States Attorney for Plaintiff and ROBERT RAINWATER, attorney for defendant, that the sentencing presently set for March 13, 2006, at 9:00 a.m., be continued to April 3, 2006 at 9:00 a.m.

IT IS FURTHER STIPULATED that the government's response to defendant's Objection to the Presentence Report shall be filed by 4:00 p.m. on March 27, 2006.

//

//

//

1

1  //

2                                           Respectfully submitted,

3
                                            McGREGOR W. SCOTT
4                                           United States Attorney

5
   DATED: 3/8/06               By    /s/ Stanley A. Boone
6                                    STANLEY A. BOONE
                                     Assistant U.S. Attorney
7

8

9  DATED: 3/8/06               By    /s/ Robert Rainwater
                                     ROBERT RAINWATER
10                                   Attorney for Winzell Odom

11                                   **ORDER**

12       IT IS SO ORDERED.

13       IT IS FURTHER ORDERED that the defendant is ordered to appear

14 before Courtroom Number 2, on April 3, 2006 at 9:00 a.m.

15

16 IT IS SO ORDERED.

17 **Dated:   March 10, 2006**              **/s/ Anthony W. Ishii**
   0m8i78                                   UNITED STATES DISTRICT JUDGE
18

                                    2