McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE   UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01: 04-CR-5371 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING and ORDER |
| v. | ) | |
| | ) | |
| WINZELL ODOM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STANLEY A. BOONE,  Assistant United States Attorney for Plaintiff and ROBERT RAINWATER, attorney for defendant, that the sentencing presently set for April 3, 2006, at 9:00 a.m., be continued to May 8, 2006 at 9:00 a.m. The reason for the continuance is an unavailability of a witness for sentencing

                                          Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATED: 3/30/06                    By   /s/ Stanley A. Boone
                                                  STANLEY A. BOONE
                                                  Assistant U.S. Attorney

1

```
DATED: 3/30/06                    By    /s/ Robert Rainwater
                                        ROBERT RAINWATER
                                        Attorney for Winzell Odom
```

**ORDER**

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the defendant is ordered to appear before Courtroom Number 2, on May 8, 2006 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   March 31, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE

2