DANIEL J. BRODERICK, Bar #89424
Federal Defender
ROBERT R. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Winzell Wallace Odom, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>WINZELL WALLACE ODOM, JR.,<br><br>*Defendant*. | NO. 1:04- CR-5371 AWI<br><br>**AMENDED APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON** |

Defendant Winzell Wallace Odom, Jr., hereby moves this court for an order to exonerate the bond and reconvey real property in the above-captioned case.

On September 13, 2005, Mr. Odom appeared in this matter before this court and was ordered released from custody under the supervision of Pretrial Services and a $70,000 real property bond. A certified deed of trust and straight note were provided to this court by Jerry York on October 18, 2005.

On May 8, 2006, Mr. Odom appeared before District Court Judge Anthony W. Ishii for sentencing, and subsequently surrendered himself to the custody of the United States Marshalls on July 6, 2006.

Since Mr. Odom has met the conditions in this matter, he requests that the court exonerate the bond set by this court and reconvey title to the real property securing the bond, located at 3804 E. Andrews Ave., Fresno, CA, 93726, to Mr. Jerry York.

///

1  DATED: July 11, 2006                              /s/ Robert W. Rainwater
2                                                    ROBERT W. RAINWATER
                                                     Winzell Wallace Odom, Jr.

## **O R D E R**

IT IS HEREBY ORDERED that the bond in the above-captioned case be exonerated and title to the real property be reconveyed to Mr. Jerry York.

IT IS SO ORDERED.

Dated:   **July 13, 2006**                           /s/ **Anthony W. Ishii**
0m8i78                                               UNITED STATES DISTRICT JUDGE